IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF IOWA
CENTRAL DIVISION

| | |
|---|---|
| BROOKLYN DEATON and FRAN DEATON<br><br>    Plaintiffs,<br><br>v.<br><br>DES MOINES INDEPENDENT COMMUNITY SCHOOL DISTRICT a/k/a DES MOINES PUBLIC SCHOOLS, LESLIE MORRIS, ELIZABETH AHRENS, LAUREN BRANDT-ERICKSON,<br><br>    Defendant. | NO. 4:17-cv-00170<br><br>**STIPULATED DISMISSAL PURSUANT TO FEDERAL RULE OF CIVIL PROCEDURE 41(a)(1)** |

COME NOW the parties by their counsel of record, pursuant to Federal Rule of Procedure 41(a)(1)(ii) and hereby stipulate to dismissal of the above-captioned lawsuit, with prejudice.

/s/ Jeffrey M. Lipman
Jeffrey M. Lipman     AT0004738
LIPMAN LAW FIRM, P.C.
1454 30TH Street, Suite 205
West Des Moines, IA 50266
Phone (515)276-3411
Fax: (515) 276-3736
Email: lipmanlawfirm@aol.com

/s/ Benjamin D. Bergmann
Benjamin D. Bergmann AT0009469
2910 Grand Avenue
Des Moines, IA 50312
Phone (515)284-5737
Fax: (515)284-1704
Email: bbergmann@parrishlaw.com
ATTORNEYS FOR PLAINTIFFS

/s/ Patrick Smith
Patrick Smith
BRADSHAW, FOWLER, PROCTOR, & FAIRGRAVE
801 Grand Ave., Suite 3700
Des Moines, IA 50309
Phone (515)246-5891
Fax: (515)246-5808
Email: Smith.patrick@bradshawlaw.com
ATTORN EY FOR DEFENDANTS